# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2007

127651

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

MICHAEL SCOTT APGAR,
　　　　Defendant-Appellee.

SC: 127651
COA: 247544
Wayne CC: 02-012129-01

_____/

　　　　On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of March 31, 2006. The application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2007

_____
Clerk

t0718